(56 Misc. Rep. 439.)

### SEYMOUR v. FEIGL.

(Supreme Court, Appellate Term.   November 29, 1907.)

APPEAL—ORDERS APPEALABLE—MODIFICATION OF DEFAULT JUDGMENT.

Where defendant was in default at the trial of an inquest on which judgment was rendered, and did not appeal from an order denying his motion to open his default, an appeal will not lie from an order denying his motion to modify the judgment.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Alice Seymour against Fred Feigl.   From a Municipal Court judgment for plaintiff, defendant appeals.   Dismissed.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Reno R. Billington, for appellant.

John H. Parsons, for respondent.

PER CURIAM.   The defendant appeals from an order denying his motion to modify a judgment entered against him in the Municipal Court.   The judgment so taken was rendered upon an inquest; the defendant being in default at the time of the trial.   Subsequently the defendant made a motion to open his default, which was denied, and, so far as appears, no appeal has been taken from such order.   Therefore the present appeal cannot be entertained.

Appeal dismissed, with costs.